IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-153-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRAXTON DEANGELO BENTON, | ) | |
| | ) | |
| Defendant. | ) | |

On March 15, 2023, the court held a hearing on defendant's motion to suppress [D.E. 43]. At the end of the hearing, the court made findings of fact and conclusions of law in open court. The court also made credibility determinations. As explained in open court, the court DENIES defendant's motion to suppress [D.E. 43].

SO ORDERED. This 15 day of March, 2023.

JAMES C. DEVER III
United States District Judge